**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG CHOI,<br><br>        Plaintiff(s),<br><br>        v.<br><br>ROSSBERG AND ROSSBERG, INC., et al.,<br><br>        Defendant(s). | Case No.   CV-19-1093-R<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

    Plaintiff was ordered to show cause in writing by not later than **May 17, 2019** why this action should not be dismissed for lack of prosecution;

    WHEREAS, this period has elapsed without any action by plaintiff.

    The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: May 20, 2019

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE